**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1672**

———————————

SEA-FONE, LIMITED,

Plaintiff - Appellant,

versus

COMMUNICATIONS SATELLITE CORPORATION (COMSAT),

Defendant - Appellee,

versus

CATHERINE L. ROBINSON; CHARLES V. BAKER;
SOARTA, LIMITED,

Third Party Defendants.

———————————

**No. 96-1673**

———————————

SEA-FONE, LIMITED,

Plaintiff,

versus

COMMUNICATIONS SATELLITE CORPORATION (COMSAT),

Defendant - Appellee,

versus

CHARLES V. BAKER; SOARTA, LIMITED,

                                    Third Party Defendants - Appellants,

        and

CATHERINE L. ROBINSON,

                                    Third Party Defendant.

─────────────

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-95-1224-A)

─────────────

Argued:  June 4, 1997                    Decided:  July 8, 1997

─────────────

Before WILKINSON, Chief Judge, and WILKINS and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ARGUED:** Joseph Michael Alioto, ALIOTO LAW FIRM, San Francisco, California; Thomas Richard Nedrich, THOMAS R. NEDRICH & ASSOCIATES, Falls Church, Virginia, for Appellants.  Mark Douglas Wegener, HOWREY & SIMON, Washington, D.C., for Appellee. **ON BRIEF:** Louis W. Kershner, KERSHNER, HAWKINS & POLEN, P.C., Virginia Beach, Virginia, for Appellants.  Edward Han, Kirstin A. Mueller, HOWREY & SIMON, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sea-Fone, Limited appeals an order of the district court granting summary judgment to Communications Satellite Corporation (Comsat) on Sea-Fone's claims for antitrust violations, civil RICO, violations of the Federal Communications Act, misappropriation of trade secrets, fraud, tortious interference with contract, and breach of contract. Sea-Fone's allegations stem from its frustration in attempting to compete with Comsat and others in the market for the provision of low-cost ship-to-shore telephone service for United States naval personnel.

After carefully examining the record and the parties' briefs, and having had the benefit of oral argument, we conclude that the district court correctly granted summary judgment in favor of Comsat. Accordingly, we affirm.

AFFIRMED